

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
02/21/2020

IN RE:                                                          CASE NO. 19–20244
Deborah Diane Cushnie                                           CHAPTER 7

     Debtor(s)

# ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*56* – Application to Deposit Unclaimed Funds Filed by Trustee Cindy Boudloche (Attachments: # 1 Proposed Order) (Boudloche, Cindy)

These unclaimed funds may be deposited into the Registry of the Court:

       Amount: $ 4,925.00
       Owed to: DEBORAH D CUSHNIE

Signed and Entered on Docket: 2/21/20.

                  by: <u>Kristy Love</u>
                  Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.